Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

DOMINICK CIFARELLI,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  23-13932 SLM

NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | HUDSON LAW OFFICES, P.C. |
| Trustee Claim #: | 10 |
| Court Claim #: | 1 |
| Claimed Amount: | $77,616.67 |
| Date Claim Filed: | 05/22/2023 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The Trustee received an improper proof of claim. The creditor must file a proof of claim with the Court using a proper claim form in order to have the claim scheduled by the Trustee pursuant to the plan or any relevant order.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: May 24, 2023

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

DOMINICK CIFARELLI
296 OAKWOOD AVENUE
NORTH HALEDON, NJ    07508

HUDSON LAW OFFICES, P.C.
900 TRE 168, SUITE C-2
TURNERSVILLE, NJ    08012

BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ    07040