Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13932−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick Cifarelli
   296 Oakwood Avenue
   North Haledon, NJ 07508

Social Security No.:
   xxx−xx−9002

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/31/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 31, 2023
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13932-SLM |
| Dominick Cifarelli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 31, 2023 | Form ID: 148 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominick Cifarelli, 296 Oakwood Avenue, North Haledon, NJ 07508-2423 |
| 519910415 | + | A H Harris & Sons, Inc., 1933 Richmond Terrace, Staten Island, NY 10302-1217 |
| 519910418 | + | Athenia Mason Supply, Inc., 72 Mina Avenue, Clifton, NJ 07011-1838 |
| 519910419 | + | C.S. George and Sons, Inc., 387 Crooks Avenue, Clifton, NJ 07011-1659 |
| 519910420 | + | Canete Landscape Inc., 825 Black Oak Ridge Road, Wayne, NJ 07470-6406 |
| 519910421 | | David C. Stanziale, LLC, 553 High Mountain Road, North Haledon, NJ 07508 |
| 519910422 | + | Dobco, Inc., 1 Geoffrey Way, Wayne, NJ 07470-2035 |
| 519910423 | + | Frankoski Construction Co., Inc., 314 Dodd Street, East Orange, NJ 07017-1744 |
| 519910424 | | Hudson Law Offices, P.C., 900 Tre 168, Suite C-2, Turnersville, NJ 08012 |
| 519910426 | + | James Mayer, 223 Old Hook Road, P.O. Box 35, Westwood, NJ 07675-0035 |
| 519910428 | #+ | Maselli Warren, P.C., 600 Alexander Road, Suite 3-4A, Princeton, NJ 08540-6018 |
| 519910429 | + | Metal Partners Rebar, LLC, 10800 Biscayne Boulevard, Suite 870, Miami, FL 33161-7402 |
| 519910433 | + | New Jersey Department of Labor and, Workforce Development, P.O. Box 389, Trenton, NJ 08625-0389 |
| 519910434 | + | Peckar & Abramson, 70 Grand Avenue, River Edge, NJ 07661-1934 |
| 519910436 | + | Robert J. Triffin, 5131 Township Line Road, P.O. Box 551, Drexel Hill, PA 19026-0551 |
| 519910438 | | State of New Jersey-Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519910440 | + | Vimco, Inc., 300 Hansen Access Road, King of Prussia, PA 19406-2452 |
| 519910441 | + | Wayne Surgical Center, Inc., 1176 Hamburg Tpk., Wayne, NJ 07470-5070 |
| 519910442 | + | Wong Fleming, PC, 821 Alexander Road, Suite 200, Princeton, NJ 08540-6352 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 31 2023 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 31 2023 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jun 01 2023 01:02:00 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 519916933 | + | EDI: AISACG.COM | Jun 01 2023 01:02:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519910416 | + | EDI: GMACFS.COM | Jun 01 2023 01:02:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519910417 | + | EDI: GMACFS.COM | Jun 01 2023 01:02:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519910425 | | EDI: IRS.COM | Jun 01 2023 01:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 519910427 | | EDI: JPMORGANCHASE | Jun 01 2023 01:02:00 | JPMorgan Chase Bank, NA, 270 Park Avenue, New York, NY 10017 |
| 519910430 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2023 21:14:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519910431 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2023 21:14:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 519910432 | + | Email/Text: kmorgan@morganlaw.com | May 31 2023 21:15:00 | Morgan Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519910435 | | Email/Text: signed.order@pfwattorneys.com | May 31 2023 21:13:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519910437 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 31 2023 21:15:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519910439 | + | Email/Text: greg.gresham@quikrete.com | May 31 2023 21:14:57 | The Quiokrete Companies, 150 Gold Mine Road, Flanders, NJ 07836-9171 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023                              Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Debtor Dominick Cifarelli blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-NC8, Mortgage Pass-Through Certificates, Series 2004-NC8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4